IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN MORRIS,

    Plaintiff,

v.

WESCO AIRCRAFT, et al.,

    Defendants.

CIVIL ACTION
NO. 17-4576

## **ORDER**

**AND NOW**, this 20th day of November 2018, upon consideration of Defendants' Motion to Partially Dismiss Plaintiff's Second Amended Civil Action Complaint (Doc. No. 24), Plaintiff's Response in Opposition to Defendants' Partial Motion to Dismiss (Doc. No. 25), and Defendants' Reply (Doc. No. 26), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 24) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.